UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HAWKS,<br><br>        Petitioner,<br><br>    v.<br><br>TODD BILLECI,<br><br>        Respondent. | Case No. 20-cv-01622-SK<br><br>**ORDER TO SHOW CAUSE** |

Petitioner Richard Hawks ("Petitioner") is a resident of Contra Costa County on probation under the supervision of Todd Billeci, County Probation Officer ("Respondent"). (Dkt. 1.) On March 5, 2020, Petitioner filed a counseled petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a conviction from Contra Costa County Superior Court. (Dkt. 1.) On the same date, Petitioner requested that the Court hold proceedings in abeyance while he exhausted his claims in state court. (Dkt. 4.) On March 11, 2020, the Court stayed and administratively closed the case, to be reopened upon a motion by Petitioner. (Dkt. 6.)

Petitioner now moves to reopen the matter. (Dkt. 7.) Petitioner simultaneously files an amended petition for a writ of habeas corpus. (Dkt. 8.) The petition is properly before the undersigned for initial review because petitioner has consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). (Dkt. 10.)

**BACKGROUND**

A jury convicted Petitioner of false imprisonment of an elder in violation of California Penal Code section 368(f), elder abuse in violation of California Penal Code section 368(b)(1), and resisting arrest, in violation of Penal Code section 69. (Dkt. 8 ¶¶ 1-2.) The trial court sentenced Petitioner to a county jail term of 364 days with credit for time served, a suspended sentence of 4 years in state prison, 4 years of probation, and mental health counseling. (*Id.* ¶ 3.)

1 Petitioner appealed, and the judgment was affirmed by the First Appellate District. (*Id.* ¶ 4.) The
2 California Supreme Court denied Petitioner's petition for review. (*Id.*) While the instant petition
3 for a writ of habeas corpus was stayed, Petitioner filed a petition for a writ of habeas corpus in
4 Contra Costa County Superior Court, which was denied. (*Id.* ¶ 5.) Petitioner then filed a petition
5 for a writ of habeas corpus in the First Appellate District, which was denied. (*Id.* ¶ 6.). The
6 California Supreme Court denied review. (*Id.*)

The instant motion to reopen Petitioner's federal petition for a writ of habeas corpus followed.

## DISCUSSION

### A. Standard of Review.

This Court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." *Id.* § 2243.

### B. Claims.

Petitioner seeks federal habeas corpus relief under § 2254 based on the following claims: (1) denial of due process based on insufficient evidence to support convictions for false imprisonment of an elder and elder abuse; (2) denial of due process based on failure to turn over exculpatory evidence; (3) denial of due process based on newly discovered evidence showing unreasonable application of federal law by the state court.

The claims appear cognizable under § 2254 and merit an answer from Respondent.

## CONCLUSION

For the foregoing reasons and for good cause shown, the Court HEREBY REOPENS this matter and ORDERS that

1. The Clerk shall serve electronically (1) a copy of this order, (2) the petition and all attachments thereto, and (3) a notice of assignment of prisoner case to a United States magistrate

2

1  judge and accompanying magistrate judge jurisdiction consent or declination to consent form
2  (requesting that respondent consent or decline to consent within 28 days of receipt of service), on
3  Respondent and Respondent's attorney, the Attorney General of the State of California, at the
4  following email address: SFAWTParalegals@doj.ca.gov.  The petition and the exhibits thereto
5  are available via the Electronic Case Filing System for the Northern District of California.  The
6  Clerk also shall serve by mail a copy of this order on Petitioner.
7       2.     Respondent shall file with the court and serve on Petitioner, within 60 days of the
8  issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing
9  Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.
10 Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state
11 trial record that have been transcribed previously and that are relevant to a determination of the
12 issues presented by the petition.
13      If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the
14 Court and serving it on respondent within 30 days of his receipt of the answer.
15      3.     Respondent may file a motion to dismiss on procedural grounds in lieu of an
16 answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section
17 2254 Cases.  If Respondent files such a motion, Petitioner must serve and file an opposition or
18 statement of non-opposition not more than 28 days after the motion is served and filed, and
19 Respondent must serve and file a reply to an opposition not more than 14 days after the opposition
20 is served and filed.
21      4.     Petitioner and Petitioner's counsel are reminded that all communications with the
22 Court must be served on Respondent by mailing a true copy of the document to Respondent's
23 counsel.  Petitioner must also keep the court and all parties informed of any change of address.
24      **IT IS SO ORDERED**.
25 Dated: January 22, 2021

_____
SALLIE KIM
United States Magistrate Judge